IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CAUSE NO. 1:97CR-3-LG-RHW-1

JAMES FRANKLIN PUTNAM

## O R D E R

**BEFORE** the Court is James Franklin Putnam's motion for leave to proceed *in forma pauperis* [95] on appeal. Upon review of the motion submitted, it is hereby,

**ORDERED AND ADJUDGED** that Putnam's motion for leave to proceed *in forma pauperis* [95] on appeal is hereby **GRANTED**, and he is granted leave to proceed in this appeal without prepayment of the filing fee or costs, or giving security therefore.

**SO ORDERED AND ADJUDGED** this the 23rd day of March, 2016.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge